**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

DEMARIA CAPPELLO,                              )
on behalf of plaintiff and a class,            )
                                               )
                    Plaintiff,                 )          2:15-cv-00027-JD-PRC
                                               )
        vs.                                    )
                                               )
PHILLIPS & COHEN ASSOCIATES, LTD.              )
                                               )
                    Defendant.                 )

**JOINT STIPULATION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure (41)(a)(1), Plaintiff Demaria Cappello and

Defendant Phillip & Cohen Associates, Ltd., hereby stipulate to the dismissal of Plaintiff's

individual claims against Defendant with prejudice, and the dismissal of the putative class claims

asserted in the above-referenced matter without prejudice.

Respectfully Submitted,

/s/ Cassandra P. Miller                    /s/Daniel W. Pisani

Daniel A. Edelman                          James K. Schultz
Cathleen M. Combs                          Sessions Fishman Nathan & Israel LLC -
James O. Latturner                         120 S LaSalle St.
EDELMAN, COMBS, LATTURNER                   Ste 1960
& GOODWIN, LLC                             Chicago, IL 60603
20 South Clark Street                      (Counsel for Defendant)
Suite 1500
Chicago, IL 60603
(*Counsel for Plaintiff*)

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on February 10, 2016, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following:

Daniel W. Pisani (dpisani@sessions.legal)
James K. Schultz (jschultz@sessions-law.biz)

s/ Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)